FILED

2002 JAN -7 PM 3:05

CLERK, U.S. DISTRICT COURT
DISTRICT OF OREGON
EUGENE, OREGON

BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHARLES CARREON,<br><br>                                Plaintiff,<br><br>v.<br><br>TOD MILLER,<br><br>                                Defendant. | Civil No. 00-3084-CO<br><br>O R D E R |

      Magistrate Judge Cooney filed his Findings and Recommendation on December 6, 2001. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

      THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Cooney's Findings and Recommendation.

      Dated this 7 day of January, 2002.

                                                    _/s/ Ann Aiken_____
                                                    Ann Aiken, United States District Judge

Order -- Page 1